Melba Kreitner, appellee, v. Eugene W. Kreitner, appellant.

Opinion filed May 8, 1936.

Eugene W. Kreitner, *pro se;* Frank E. Lickhalter, of counsel. Kramer, Campbell, Costello & Wiechert, for appellee.

Mr. Justice Stone delivered the opinion of the court.